Case 4:21-mj-00796-BP   Document 6   Filed 12/03/21   Page 1 of 1   PageID 4

# UNITED STATES DISTRICT COURT

| Northern | District of | Texas at Fort Worth |
|---|---|---|

| UNITED STATES OF AMERICA  V.  WILLIE MITCHELL | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | CR-21-00982-PHX-SPL, CR-21-00978-PHX-DLR, CR-21-00977-PHX-GMS, CR-21-00983-PHX-GMS, CR-21-00976-PHX-JJT, CR-21-00979-PHX-SMB, CR-00980-PHX-SPL | 4:21-MJ-796 |  |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☒ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)   ☐ Petition

charging a violation of   18   U.S.C.   371, 1344 and 1957(a)

**DISTRICT OF OFFENSE**
District of Arizona

**DESCRIPTION OF CHARGES:**
Bank Fraud and Money Laundering

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA   ☐ None |
|---|---|
| Interpreter Required? | ☒ No   ☐ Yes   Language: |

**DISTRICT**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| December 3, 20121 | _Hal R. Ray, Jr._ |
|---|---|
| Date | Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

# United States District Court

**NORTHERN DISTRICT OF TEXAS AT FORT WORTH**

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF RULE 5(c) HEARINGS (Excluding Probation Cases) |
| V. | |
| WILLIE MITCHELL | CASE NUMBER: 4:21-MJ-796 |

*[FILED stamp: NORTHERN DISTRICT OF TEXAS, FILED DEC - 3 2021, CLERK, U.S. DISTRICT COURT, By ___ Deputy]*

I, Willie Mitchell, understand that in the District of Arizona, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) identity hearing

( ) preliminary examination OR (✓) I have been informed I have no right to a preliminary examination

I HEREBY REQUEST THAT MY PRELIMINARY AND/OR DETENTION HEARING BE

(✓) held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

( ) held in this district.

December 3, 20121

_____
Defendant

_____
Defense Counsel

# U.S. District Court
## Northern District of Texas (Fort Worth)
### CRIMINAL DOCKET FOR CASE #: 4:21-mj-00796-BP All Defendants

| | |
|---|---|
| Case title: USA v. Mitchell | Date Filed: 12/03/2021 |
| Other court case number: CR-21-00982-PHX-SPL, CR-21-00978-P District of Arizona | Date Terminated: 12/03/2021 |

Assigned to: Magistrate Judge Hal R. Ray, Jr

### Defendant (1)

**Willie Mitchell**
*TERMINATED: 12/03/2021*

represented by **Andrea Guisela Aldana-FPD**
Federal Public Defender
Northern District of Texas
819 Taylor Street
Room 9A10
Fort Worth, TX 76102
817-978-2753
Fax: 817-978-2757
Email: andrea_aldana@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Federal Public Defender Appointment
Bar Status: Admitted/In Good Standing

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:371,1344 and 1957(a) Bank Fraud and Money Laundering | |

### Plaintiff

|     |     |
| --- | --- |
| USA | represented by **Dan Cole-DOJ**<br>United States Attorney's Office<br>801 Cherry Street<br>Suite 1700<br>Fort Worth, TX 76102<br>817-252-5200<br>Email: daniel.cole@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: US Attorney's Office*<br>*Bar Status: Not Admitted* |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/03/2021 |  | Arrest (Rule 5) of Willie Mitchell. Case Number CR-21-00982-PHX-SPL, CR-21- 00978-PHX-DLR, CR-21-00977- PHX-GMS, CR-21-00983-PHX- GMS, CR-21-00976-PHX-JJT, CR- 21-00979-PHX-SMB, CR-00980- PHX-SPL from District of Arizona. (edm) (Entered: 12/06/2021) |
| 12/03/2021 | 1 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Hal R. Ray, Jr: Initial Appearance on Rule 5(c) as to Willie Mitchell held on 12/3/2021. Date of Arrest: 12/2/2021 on warrant from the District of Arizona;The judge issued the oral order required by Fed. R. Crim. P. 5(f)(1). Written order to follow. Deft appeared w/counsel; Deft executed financial affidavit; O/appointing FPD entered;Rule 5f admonishment given, written order to follow; Deft waives Rule 5(c) hearing as to identity and requests detention hearing in prosecuting district; O/commitment to prosecuting district entered; Deft remanded to custody. Attorney Appearances: AUSA - Dan Cole; Defense - Andrea Aldana. (No exhibits) Time in Court - :06. (Court Reporter: Digital File) (USPO Teel.) (edm) (Entered: 12/06/2021) |
| 12/03/2021 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Willie Mitchell. (Ordered by Magistrate Judge Hal R. Ray, Jr on 12/3/2021) (edm) (Entered: 12/06/2021) |
| 12/03/2021 | 3 | ELECTRONIC ORDER As to Willie Mitchell:<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present.<br><br>By this order -- issued to the prosecution and defense counsel -- the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Hal R. Ray, Jr on 12/3/2021) (edm) (Entered: 12/06/2021) |
| 12/03/2021 | 4 | MOTION for Pretrial Detention filed by USA as to Willie Mitchell. (edm) (Entered: 12/06/2021) |
| 12/03/2021 | 5 | WAIVER of Rule 5(c) Hearings by Willie Mitchell (edm) (Entered: 12/06/2021) |
| 12/03/2021 | 6 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Willie Mitchell. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to District of Arizona. (Ordered by Magistrate Judge Hal R. Ray, Jr on 12/3/2021) (edm) (Entered: 12/06/2021) |

| 12/06/2021 | 7 | Notice FROM Texas Northern TO Dsitrict of Arizona of a Rule 5, Rule 32.1, or Rule 40 Appearance as to Willie Mitchell. Your case number is: CR-21-00982-PHX-SPL, CR-21-00978-PHX-DLR, CR-21-00977- PHX-GMS, CR-21-00983-PHX- GMS, CR-21-00976-PHX-JJT, CR- 21-00979-PHX-SMB, CR-00980- PHX-SPL. Docket sheet and documents attached. *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (edm) (Entered: 12/06/2021) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 12/06/2021 11:57:30 ||||
| PACER Login: | ud1540:4260067:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:21-mj-00796-BP |
| Billable Pages: | 2 | Cost: | 0.20 |
| Exempt flag: | Exempt | Exempt reason: | Always |

**PACER fee: Exempt**