AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED ☑  LODGED ☐
RECEIVED    COPY
DEC 0 8 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America
v.
Willie Mitchell
a.k.a. Blu Mitchell

Case No. CR-21-977-PHX-GMS

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Willie Mitchell,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:371 - Conspiracy
18:1344 - Bank Fraud
18:1957(a) - Transactional Money Laundering

Date:  11/24/2021

_____
Issuing officer's signature

City and state:  Phoenix, Arizona

M. Pruneau, Deputy Clerk
*Printed name and title*

cc: PTS

### Return

This warrant was received on *(date)* 11-24-21, and the person was arrested on *(date)* 12-2-21
at *(city and state)* FT worth TX.

Date: 12-6-21

_____
Arresting officer's signature

FBI
*Printed name and title*